IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
ADRIENNE LORAINE LARUE

Civil Case # 1:18-cv-143

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Adrienne Loraine Larue

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Arkansas

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Arkansas

6. Plaintiff's/Deceased Party's current state of residence:

    Arkansas

7. District Court and Division in which venue would be proper absent direct filing:

    Western District of Arkansas, Harrison Division

8. Defendants (Check Defendants against whom Complaint is made):

    [✔] Cook Incorporated

    [✔] Cook Medical LLC

    [✔] William Cook Europe ApS

9. Basis of Jurisdiction:

    [✔] Diversity of Citizenship

    [ ] Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-26 (Jurisdiction)

    Paragraphs 27-28 (Venue)

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [ ] Günther Tulip® Vena Cava Filter
- [x] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    02/07/11

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mercy Hospital in Springfield, MO.

13. Implanting Physician(s):

    Robert A. Cooney, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I: Strict Products Liability – Failure to Warn
- [x] Count II: Strict Products Liability – Design Defect
- [x] Count III: Negligence
- [x] Count IV: Negligence Per Se

| ☑ | Count V: | Breach of Express Warranty |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☑ | Count VII: | Violations of Applicable __Arkansas__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Wendy R. Fleishman, Daniel E. Seltz, Adam H. Weintraub

16. Address and bar information for Attorney for Plaintiff(s):

   Wendy R. Fleishman (NY State Bar No. 2500429)

   Daniel E. Seltz (NY State Bar No. 4261616)

Adam H. Weintraub (NJ State Bar No. 038342010 )

Lieff Cabraser Heimann & Bernstein, LLP

250 Hudson Street, 8th Floor, New York, NY 10013-1413

    Respectfully submitted,

    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

    */s/ Wendy R. Fleishman*
    Wendy R. Fleishman
    Daniel E. Seltz
    Adam H. Weintraub
    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
    250 Hudson Street, 8th Floor
    New York, NY  10013-1413
    Phone:  (212) 355-9500
    Fax:     (212) 355-9592
    wfleishman@lchb.com
    dseltz@lchb.com
    aweintraub@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on 01/17/2018 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman