**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION

MDL No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):

Adrienne LaRue

Civil Case No. 1:18-cv-00143-RLY-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court having considered the Motion, hereby grants the Motion. [Filing Nos. 26060 and 26092.]

IT IS THEREFORE ORDERED that Tristan Herlihy, the daughter and personal representative of deceased Plaintiff Adrienne LaRue, is substituted as Plaintiff in the above referenced action.

Date: 10/24/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.